**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LISA AUDIT*,*

                         Plaintiff,

v.

JIUGONGLI, *et al.*,

                        Defendants.

Civil Action No.

26-cv-00165

(Judge Stickman)

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 24 | Top Sellerss |
| 40 | Chang sheng Home Furnishings |
| 41 | Mulan Home Furnishings |
| 81 | artenjoy local |
| 86 | Wenorey |
| 89 | Naiyaflyb |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                                Respectfully submitted,

Dated: March 26, 2026               /s/ Stanley D. Ference III

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff